IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:10cr26-1-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **SCHEDULING ORDER** |
| ) | |
| ANTONIO RIVERA CRUZ ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**THIS MATTER** is before the Court on the Opinion of the Fourth Circuit Court of Appeals, filed March 14, 2012[1], remanding this case for re-sentencing.

**IT IS, THEREFORE, ORDERED THAT:**

1) This matter is hereby scheduled for re-sentencing on **Monday, May 7, 2012, at 2 PM,** in the United States Courthouse, 200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina;

2) The United States Marshal is directed to return Defendant to the Western District of North Carolina **on or before April 27, 2012**; and

3) A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshal Service, United States Probation Office.

Signed: March 23, 2012

Richard L. Voorhees
United States District Judge

---

[1] Mandate filed on March 15, 2012.